IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

CAMETRA RUTH

        Plaintiff,

v.                               No. 2:09-cv-02795-STA-cgc

SHELBY COUNTY FEDERAL CREDIT UNION F/K/A
SHELBY COUNTY EMPLOYEES CREDIT UNION AND
LINDA WINKLER, PRESIDENT, officially and in her
Individual Capacity, and BOARD OF
DIRECTORS OF SHELBY COUNTY FEDERAL CREDIT UNION,
BENNIE COBB CHAIRMAN

        Defendants.

_____

AGREED ORDER GRANTING PLAINTIFF'S
MOTION FOR A PROTECTIVE ORDER
AGAINST DEFENDANTS' DEPOSITION NOTICE

_____

      PLAINTIFF filed a Motion for Protective Order on June 16, 2010 concerning Defendants' Notice of Deposition submitted to Plaintiff and filed May 13, 2010 and a Memorandum of Law in support of said motion.  Said Motion has been referred to United States Magistrate Judge Charmiane G. Claxton.

      Counsel for Defendants hereby agree to withdraw their Notice of Deposition served upon Plaintiff, to give testimony on June 17, 2010.

      IT IS SO ORDERED this 16th day of June, 2010.

                                          s/ Charmiane G. Claxton
                                          CHARMIANE G. CLAXTON
                                          UNITED STATES MAGISTRATE JUDGE